| | |
|---|---|
| 1 | NICOLAS DALUISO, #163553 |
| 2 | John A. "Joe" Solseng, CB # 262127 |
|   | Robinson Tait, P.S. |
| 3 | 710 Second Ave, Suite 710 |
|   | Seattle, WA, 98104 |
| 4 | Telephone: (206) 876-3268 |
| 5 | Facsimile: (206) 676-9659 |

Attorney for **CPCA Trust 1**

IN THE UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In Re: | BANKRUPTCY NO. 8:11-bk-10268-ES |
|   | CHAPTER NO. 13 |
| HOMAYOON JOUDATHASSELGHOBI AND IRAN HADDADI, | **CPCA TRUST 1'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** |
| Debtors, | |

<u>341 Meeting of Creditors:</u>
**DATE:** 6/7/11
**TIME:** 11:00 AM
**LOCATION:**
  Rm 1-154
  411 West Fourth Street
  Santa Ana, CA 92701-4593
  Los Angeles, CA 90017

<u>CONFIRMATION HEARING:</u>
**DATE:** 9/27/11
**TIME:** 1:30 PM
**LOCATION:**
  United States Bankruptcy Court
  Courtroom 5A
  411 West Fourth Street
  Santa Ana, CA 92701-4593

---

OBJECTION TO CONFIRMATION OF
CHAPTER 13 PLAN - 1
60358-0038-BK-6\Objection to Confirmation of Chapter 13 Plan California

*Law Offices*
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle, WA, 98104
(206) 676-9640

TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY COURT JUDGE, TO THE CHAPTER 13 TRUSTEE, THE UNITED STATES TRUSTEE, AND THE PRO SE DEBTORS:

CPCA Trust 1 (hereinafter "CPCA") is the holder of a secured claim for Debtors' primary residence located at 12 Adele Street, Ladera Ranch, CA 92694. CPCA is, therefore, a party in interest and has standing to object to the Debtors' Chapter 13 Plan.

Ongoing regular post-petition monthly payments are $3,487.58. The pre-petition amount that is due and owing under the Note is approximately $69,552.50. The Proof of Claim will be filed shortly. CPCA objects to the Plan on the following grounds:

1. The Debtors' Plan understates the pre-petition arrearage claim held by CPCA as $41,760.00. The actual arrearage claim is approximately $69,552.50. In order to cure this within the life of the plan the monthly arrearage payment must be at least $1,159.21.

2. CPCA requests the Debtors' Plan be amended to provide for the correct amount of arrearages owed to CPCA as well as the appropriate monthly payment amount, or otherwise provide for treatment of Creditor's claim.

DATED this 20th day of July, 2011.

/s/Nicolas Daluiso
NICOLAS DALUISO, #163553
John A. "Joe" Solseng, CB # 262127
Robinson Tait, P.S.
Attorneys for CPCA Trust 1

OBJECTION TO CONFIRMATION OF
CHAPTER 13 PLAN - 2
60358-0038-BK-6\Objection to Confirmation of Chapter 13 Plan California

Law Offices
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle, WA, 98104
(206) 676-9640

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Robinson Tait, P.S.
710 Second Avenue, Suite 710
Seattle, WA 98055

A true and correct copy of the foregoing document described as ***Objection to Confirmation of Chapter 13 Plan*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ***July 20, 2011,*** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Amrane (SA) Cohen (TR), efile@ch13ac.com
U.S. Trustee, United States Trustee (SA), ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On ***July 20, 2011,*** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**BY U.S. MAIL:**

**PRO SE DEBTORS:**
Homayoon Joudathasselghobi
Iran Haddadi
12 Adele St
Ladera Ranch, CA 92694

**JUDGE'S CHAMBERS:**
Attn: Honorable Erithe A. Smith
411 West Fourth Street, Suite 5041
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***July 20, 2011,*** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/20/2011 | Leigh Cowell | /s/Leigh Cowell |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                        F 9013-3.1.PROOF.SERVICE